Douglas P. Farr (13208)
BUCHALTER, P.C.
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
Telephone: 801-401-8625
Email: dfarr@buchalter.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **STEPHANIE BROWN**, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SAFE STREETS USA LLC**,<br><br>Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:23-cv-00319-DAK-DAO<br><br>Judge Dale A. Kimball |

The parties, through their counsel of record, hereby notify the Court that they have reached an agreement to settle all disputed issues involved in the above-captioned matter. The parties are finalizing the settlement and anticipate filing a dismissal with prejudice of this action within thirty (30) days of the date of this notice.

Dated: November 14, 2023

By: ___/s/ Anthony I. Paronich*___
    Matthew J. Morrison
    **MORRISON LAW OFFICE**

    Anthony I. Paronich (*pro hac vice*)
    **Paronich Law, P.C.**

    *Counsel for Plaintiff*

    *E-signed with permission

By: ___/s/ Douglas P. Farr___
    Douglas P. Farr (#13208)
    **BUCHALTER, P.C.**

    *Counsel for Defendant Safe Streets USA LLC*

## CERTIFICATE OF SERVICE

      I certify that I caused the forgoing Notice of Settlement to be filed on behalf of all parties via the Court's CM/ECF electronic filing system, which caused the foregoing to be served on all counsel of record.

                                                  */s/ Douglas P. Farr*
                                                  Douglas P. Farr