# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **STEPHANIE BROWN, on behalf of herself and others similarly situated,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**SAFE STREETS USA LLC**<br><br>     **Defendant.** | **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**Case No.:  2:23-cv-319** |

The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: December 8, 2023        PLAINTIFF, on behalf of herself
                               and others similarly situated,


                               */s/ Anthony I. Paronich*
                               Anthony I. Paronich
                               Paronich Law, P.C.
                               350 Lincoln Street, Suite 2400
                               Hingham, MA 02043
                               (617) 485-0018
                               anthony@paronichlaw.com
                               *Counsel for Plaintiff*